STATE OF NEW JERSEY v. JOSEPH KUHN.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER BETHEA.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO SANCHEZ.

July 8, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 231)

STATE OF NEW JERSEY v. LUIS COLUMBIE.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SRIMATI KALLOO.

July 8, 1988.

Petition for certification denied.